UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDA J. WESTOVER, | ) | CASE NO. 4:24-cv-2204 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OPINION** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action recommending that defendant's non-disability determination be overruled and this matter remanded for further administrative proceedings. (Doc. No. 14.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, defendant has filed a response advising that he does not oppose remand. (Doc. No. 15.) Moreover, the fourteen-day period has elapsed and no objections have been filed by any party. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a forfeiture of a *de novo* determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same. Accordingly, defendant's non-disability determination is **OVERRULED** and this matter is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED**.

Dated: September 24, 2025

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**